# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DOUGLAS HODGES,

                Plaintiff(s),

v.

PEPSI BOTTLING CO.,

                Defendant(s).

Case No. 2:17-cv-02268-MMD-VCF

**ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION**

Pursuant to the parties' availability, Docket No. 22, the ENE in this case is hereby rescheduled to commence **December 15, 2017 at 9:30 a.m.** in the chambers of the undersigned Magistrate Judge on the fourth floor of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. To the extent either party wishes to supplement its ENE statement, an amended statement may be submitted by **3:00 p.m. on December 12, 2017**. All other requirements outlined in Docket No. 13 otherwise continue to govern.

IT IS SO ORDERED.

Dated: November 16, 2017

                                                                      _____
                                                                       Nancy J. Koppe
                                                                       United States Magistrate Judge