**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara Ave., Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS HODGES, An Individual ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PEPSI BOTTLING COMPANY, a Foreign ) <br> Corporation, DOES I -X; ROE ) <br> CORPORATIONS I -X ) <br> ) <br> Defendants. ) <br> _____ ) | CASE NO.   2:17-cv-02268-MMD-VCF |

## **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DOUGLAS HODGES and Defendant Grayhawk Leasing, LLC d/b/a Pepsi Beverage Company ("PEPSI") by and through their respective counsel, that DOUGLAS HODGES's complaint against PEPSI be dismissed with prejudice,

/ / /

/ / /

/ / /

/ / /

/ / /

each party to bear their own attorneys' fees and costs.

IT IS SO STIPULATED:

Dated this 24th day of January, 2018.                     Dated this 24th day of January, 2018.

**HKM Employment Attorneys LLP**                **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.**

_/s/ Jenny L. Foley_                                            _/s/ Suzanne L. Martin_
Jenny L. Foley, Ph.D., Esq.                              Suzanne L. Martin
Nevada Bar No. 9017                                      Shelley L. Murray
1785 East Sahara Ave., Suite 325                         Nevada Bar No. 8833
Las Vegas, Nevada 89104                                  Nevada Bar No. 12831
*Attorney for Plaintiff*                                 Wells Fargo Tower
                                                         Suite 1500
                                                         3800 Howard Hughes Parkway
                                                         Las Vegas, Nevada 89169
                                                         *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

DATED this 25th day of January 2018.

_____
DISTRICT COURT JUDGE